OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623

$ 000.27⁵

JUN. 19. 2015

COA No. 09-10-00061

6/16/20

RETURNED TO SENDER — No Longer on This Unit

BENCH WARRENT

ANDER

BY YOUNG Tr. Ct. No. 09-07-07255-CR(1)   WR-82,828-01

On this ... has granted the applicant's request for an extension of time
for the t... the supplemental record. The supplemental record is due in
this Cou... ...er 21, 2015.

Abel Acosta, Clerk

RODNEY YOUNG ANDERSON
ALLRED UNIT - TDC # 1621165
2101 FM 369 NORTH
IOWA PARK, TX  76367

U TF

Bench Warrent